UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Darryl Gadson,

                     Plaintiff,

        -against-                           **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al

                                                          14-CV- 5293 (RER) (ARR)

                    Defendants. --

-----------------------------------------------------------------x

I, Tyrin Torres, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On February 20 2015, at approximately 2:48 P.M, I served the summons and complaint in this matter on Police Officer Shawn Nigro by delivering a copy of same to Principal Frazier, a person of suitable age and discretion at defendant's actual place of business within the state, at 2860 west 23rd street, Brooklyn, NY.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
February 23,2015

Tyrin Torres

Sworn to me on 23rd day
Of February 2015

NOTARY PUBLIC

**ROBERT MARINELLI**
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018